**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TREIGE A. HUSSEY**                                                                **PLAINTIFF**

**v.**                                   **Case No. 4:24-cv-00164-LPR**

**DEPARTMENT OF VETERANS AFFAIRS,**
**Denis McDonough, Secretary**                                            **DEFENDANT**

<u>**ORDER**</u>

Plaintiff Treige A. Hussey initiated this *pro se* case on February 23, 2024.[1]  Ms. Hussey paid the filing fee on May 24, 2024.[2]  On receipt of the filing fee, the Clerk of Court issued summonses and returned them to Ms. Hussey for completion of service.[3]  While proceeding *pro se*, Ms. Hussey is not indigent and is responsible for completing good service under the federal rules.  Under Federal Rule of Civil Procedure 4(c)(1) and (m), Ms. Hussey had to serve Defendant with a copy of her Complaint and Summonses within ninety days of filing the Complaint.  Due to the late issuance of summonses, the Court *sua sponte* extended the ninety-day window to complete service through August 22, 2024.  The extended deadline for service has now passed, but Ms. Hussey has not filed proof of service or explained to the Court her failure to do so.

Within thirty (30) days of the date of this Order, Ms. Hussey must instruct the Court in writing of her intent to continue with this lawsuit.  In doing so, Ms. Hussey should address why service has not been completed.  Failure to respond to this Order will result in the dismissal of this lawsuit.[4]

---

[1] Compl. (Doc. 1).

[2] Receipt (Doc. 7).

[3] *See* May 28, 2024 Docket Sheet Note "Summons issued . . . and returned to Plaintiff."

[4] Local Rule 5.5(c)(2).

IT IS SO ORDERED this 28th day of August 2024.

_____

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE