IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TREIGE A. HUSSEY**                                                                                      **PLAINTIFF**

v.                              Case No. 4:24-cv-00164-LPR

**DEPARTMENT OF VETERANS AFFAIRS,**
**Denis McDonough, Secretary**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all of Plaintiff's claims are dismissed.

IT IS SO ADJUDGED this 10th day of December 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE